UNITED STATES of America,
Plaintiff–Appellee,

v.

Patrice TAYLOR, Defendant–Appellant.

No. 15–13906
Non–Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 06/01/2016

Frank Phillip Cihlar, Katie Bagley, Gregory Victor Davis, U.S. Department of Justice, Chief Appellate Section Tax Division, Gregory P. Bailey, Michael C. Boteler, U.S. Department of Justice, Tax Division, Washington, DC, George L. Beck, Jr., Todd A. Brown, Kevin P. Davidson, Tommie Brown Hardwick, Jonathan Ross, Assistant U.S. Attorney, U.S. Attorney's Office, Montgomery, AL, for Plaintiff–Appellee.

Before MARCUS, JORDAN and JULIE CARNES, Circuit Judges.

PER CURIAM:

Connie Murray, appointed counsel for Patrice Taylor in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is

correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Taylor's conviction and sentence are **AFFIRMED**.